# IN THE UNITED STATES COURT OF APPEAL

# FOR THE FIFTH CIRCUIT

No. 01-20352

CHARLES GARCIA,

Plaintiff-Appellant,

VERSUS

FEDERAL EXPRESS CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
No. H-99-CV-3153
February 15, 2002

Before SMITH and DeMOSS, Circuit Judges,
and DUPLANTIER, District Judge,*

PER CURIAM:**

Charles Garcia appeals the order granting Federal Express Corporation, his employer, summary judgment on his claims under Title VII that he was terminated due to racial discrimination (42 U.S.C. §2000e-2(a)(1)) and in retaliation for testifying against a superior as part of an internal investigation of a fellow employee's claim of racial discrimination (42 U.S.C. §2000e-3(a)). Additionally he appeals the grant by the district court of the motion by Federal Express for extension of the deadline for filing dispositive motions.

We have reviewed the briefs and applicable portions of the record. We see no reversible error; the judgment is AFFIRMED, primarily for the reasons given by the magistrate judge[1] in her Memorandum Order entered on March

---

* District Judge of the Eastern District of Louisiana, sitting by designation.

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

[1]The parties consented to proceed before a magistrate judge for all proceedings pursuant to 28 U.S.C. §636(c) and Fed. R. Civ. P. 73.

15, 2001.